UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

     Plaintiff,

                                            Criminal No. 20-30488

v.

Varinder Singh,

     Defendant.

_____/

# MOTION AND BRIEF FOR LEAVE TO DISMISS COMPLAINT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss the complaint against Varinder Singh. The reason for dismissal is: the government will not proceed with this case any further, as against defendant, based on information it has received about the defendant's lack of involvement in the underlying incident giving rise to the allegations in the Complaint.

1

        Respectfully submitted,

        MATTHEW SCHNEIDER
        United States Attorney

        *s/Julie Beck*
        Julie Beck
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        Julie.Beck@usdoj.gov
        (313) 226-9717

Dated: December 17, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry M. Scharg

> *s/Julie Beck*
> Julie Beck
> Assistant United States Attorney
> 211 W. Fort Street, Suite 2001
> Detroit, MI 48226
> Julie.Beck@usdoj.gov
> (313) 226-9717